IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00119 |
| | ) | Judge Trauger |
| [1] BART SIDNEY POSEY, SR., | ) | |
| [2] WILLIAM M. WORTHY, II, | ) | |
| [3] RICHARD HALL BACHMAN, and | ) | |
| [4] ANGELA SLAVEY POSEY | ) | |

**O R D E R**

It is hereby **ORDERED** that a status conference shall be held in this case on Thursday, October 10, 2013, at 4:00 p.m. in Judge Trauger's courtroom.

It is hereby **ORDERED** that the trial of this case, presently scheduled for October 1, 2013, is **CONTINUED**, to be reset at this status hearing. All counsel should have their calendars with them so that pertinent dates and a new trial date may be set.

It is so **ORDERED**.

ENTER this 10th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge