UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED for extension to 11/3/14.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00119-3 |
| | ) | JUDGE TRAUGER |
| RICHARD HALL BACHMAN | ) | |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Richard Hall Bachman moves to extend the time for filing pretrial motions until November 3, 2014. This matter is set for trial on January 13, 2015.

In support of this motion, defense counsel would show the following: Mr. Bachman's defense team has made slow but steady progress in processing the voluminous discovery, which appears to include more than one million pages of materials. However, the defense team is far from completing its review of the discovery and therefore cannot assess whether pretrial motions are necessary or appropriate. For this reason, Mr. Bachman asks the Court to extend the time for filing pretrial motions until Monday, November 3, 2014.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Richard Hall Bachman