IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 3:13-00119 |
| | ) | Judge Trauger |
| BART SIDNEY POSEY, SR. ET/ AL. | ) | |

**O R D E R**

The United States' Motion For Status Conference (Docket No. 89) is **GRANTED**. A status conference will be held in this case on Thursday, October 9, 2014, at 4:30 p.m. in Judge Trauger's courtroom. All counsel and clients shall attend unless otherwise excused by the court.

It is further **ORDERED** that the United States Attorney's Office, who has recently communicated with the former firm of G. Michael Bellinger, *present counsel of record for defendant Angela Posey*, shall assure that a copy of this Order is furnished to Mr. Bellinger and to Mr. Rousseau of his former firm.

It is so **ORDERED**.

ENTER this 30th day of September 2014.

_____
ALETA A. TRAUGER
U.S. District Judge