IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00119 |
| ) | Judge Trauger |
| [1] BART SIDNEY POSEY, SR., ) | |
| [2] WILLIAM M. WORTHY, II, ) | |
| [3] RICHARD HALL BACHMAN, and ) | |
| [4] ANGELA SLAVEY POSEY ) | |

**O R D E R**

It is hereby **ORDERED** that another status conference will be held in this case on Thursday, October 16, 2014, at 2:30 p.m. All defendants are excused from attending this hearing.

It is so **ORDERED**.

ENTER this 10th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge