IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00119 |
| ) | Judge Trauger |
| [1] BART SIDNEY POSEY, SR., ) | |
| [2] WILLIAM M. WORTHY, II, ) | |
| [3] RICHARD HALL BACHMAN, and ) | |
| [4] ANGELA SLAVEY POSEY ) | |

**O R D E R**

A status conference was held in this case on October 16, 2014. The following are hereby

**ORDERED**:

1. The trial scheduled for January 13, 2015 is **CONTINUED**, to be reset by later order of the court.

2. The pretrial motion deadline of November 3, 2014 is hereby **EXTENDED**, to be reset by later order of the court.

3. Another status conference will be held on December 5, 2014 at 3:30 p.m. Lawyers only are to attend.

It is so **ORDERED**.

ENTER this 16th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge