Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-cr-00119-3 |
| v. | ) | |
| | ) | Judge Aleta A. Trauger |
| RICHARD HALL BACHMAN | ) | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by its attorneys Donald Q. Cochran, United States Attorney for the Middle District of Tennessee, and Ryan R. Raybould and Henry C. Leventis, Assistant United States Attorneys, hereby moves to dismiss the indictment with prejudice as against defendant Richard Hall Bachman.

Counsel for Mr. Bachman, Caryll Alpert, advised the undersigned that Mr. Bachman passed away on December 30, 2017. The undersigned has confirmed with law enforcement that Mr. Bachman passed away. Mr. Bachman entered a plea of not guilty to the charges in the indictment. In light of Mr. Bachman's death, the United States believes it is appropriate to dismiss the indictment with prejudice as against Mr. Bachman.

## CONCLUSION

WHEREFORE, for the reasons described above, the United States respectfully requests this Court grant this Motion and dismiss the indictment as against Richard Hall Bachman with prejudice.

Respectfully submitted,

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

By: s/ Ryan R. Raybould
Ryan R. Raybould
Assistant United States Attorney

1